AO 442 (Rev. 12/85) Warrant for Arrest    AUSA BERTHA MITRANI

## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

MESCAL SMITH

**WARRANT FOR ARREST**

**CASE NUMBER:**
00-6175-CR-ZLOCH(S)

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ MESCAL SMITH _____

AUG 2 4 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18 United States Code, Sections 371; 513(a); 1344; and 2

CLARENCE MADDOX
Name of Issuing Officer

*Signature:* Jenny Butler
Signature of Issuing Officer

Bail fixed at 25,000 Corporate Surety

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/28/00, Fort Lauderdale, Florida
Date and Location

*Signature:* Lurana S. Snow
by LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |