| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR | |
| Plaintiff ) | 00-6175-CR-ZLOCH(s) | |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION | |
| MESCAL C. SMITH ) | | |
| Defendant | C1928004 | |

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE    W. PALM BEACH
   U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9/28/00  9:00  (a.m)/p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH, DUTCH

FILED by ___ D.C.
MAG. SEC.

(3) OFFENSE(S) CHARGED: 371, 513(A), 1344

OCT - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(4) UNITED STATES CITIZEN:   ( )YES   (X)NO   ( )UNKNOWN

(5) DATE OF BIRTH: 12/17/58

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [X] INDICTMENT   [ ] COMPLAINT    CASE # 00-6175-CR-ZLOCK(s)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: _____
   COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [X]YES  [ ]NO

AMOUNT OF BOND: $25,000 PERSONAL SURETY  WHO SET BOND? MUSA

(7) REMARKS: ⊕ DO NOT LODGE !!

(8) DATE: 9/28/00      (9) ARRESTING OFFICER BLOODWORTH

(10) AGENCY USSS        (11) PHONE # 305 629 1800

(12) COMMENTS _____

107