UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

Plaintiff,

v.

MESCAL SMITH

Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language _English_
Tape No. 00FX- 119 - 690
AUSA _Bill Bryan_
Agent _USSS/BLOODWORTH_
(305) 629-1800
DOB : 12/17/58     # 61928-004

FILED by _____ D.C.
MAG. SEC.
OCT - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The above-named defendant having been arrested on  09/28/00  having appeared before the court for initial appearance on  09/28/00
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _Stuart Adelstein_ appointed as permanent counsel of record. CJA
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on
   _____ 11AM IN FtL., 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for ~~10am~~ 10/2 , 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or
(f)   because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance
bond, pursuant to 18 U.S.C. Section 3142:
   $25K PSB c/s by Son; Son may sign by 10/18/00.
   Son to complete paperwork. (Stipulated)
bond shall contain the standard conditions of bond printed in the bond form of this Court and, in
addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
    other: _____
 c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed
    substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.
__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
__I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

109

MESCAL SMITH

___ j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those         conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at <u>Miami, Florida</u>, this __28TH__ day of __SEPTEMBER__, 2000.

                                  _____
                                  ANDREA M. SIMONTON
                                  **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation