| | | | |
|---|---|---|---|
| DEFT: | Mescal Smith (B) /Brown/ | CASE NO: | 00-6175-CR-Zloch (s) |
| AUSA: | Bertha Mitrani /Brown/ | ATTNY: | CJA-Stuart Adelstein /present/ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

F  D.C.
OCT 2 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
____ Order requested

Son co-signed bond
in courtroom

NEXT COURT APPEARANCE:  DATE: _____  TIME: _____  JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 10-17-00   11:00am   Snow
DATE: 10-2-00   TIME: 11:00am   TAPE # 00-616 PG # 2

470 - 545

/s/
/22