UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH



FILED by ____ D.C.
OCT 16 2000

UNITED STATES OF AMERICA

   v.

KEN M. RICHARDS
PEGGY MEJIA
ELIZABETH MAXIME
MESCAL SMITH
WALTER VERRA
KELSA VIALVA

_AMENDED_
NOTICE SETTING CAUSE FOR TRIAL

  TAKE NOTICE that the above-entitled case has been reset for Calendar Call at 9:00 AM, December 1, 2000 before the Honorable William J. Zloch, Chief United States District Judge at the U. S. District Court, Courtroom A, 299 E. Broward Boulevard, Fort Lauderdale, Florida, for the trial period commencing December 4, 2000. At that time each case will be assigned a number for trial. Counsel for defendant shall notify defendant of the above dates.

  Proposed Jury Instructions must be submitted at the beginning of trial.

  Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

  All counsel are required to inform the Court when an interpreter is needed prior to trial.

  All counsel are required to file current speedy trial reports prior to Calendar Call.

  In a criminal case, if the defendant has not obtained counsel, the AUSA shall notify defendant of the above dates.

      **Any motion for continuance for any reason must be filed 14 calendar days prior to calendar call. Failure to do so will result in automatic denial of the motion.**

      Please notify the Court immediately at (954) 769-5485 of any settlement in this case.

```
DATE: 10/16/00                    BY ORDER OF THE COURT:
                                  CLARENCE MADDOX, CLERK

                              BY: /s/ Carline T. Newby
                                  CARLINE T. NEWBY
                                  COURTROOM DEPUTY CLERK
```

copies furnished:
Bertha Mitrani, Esq., AUSA
Jack Blumenfeld, Esq.
Michael Bloom, Esq.
Ana Jhones, Esq.
Stuart Adelstein, Esq.
David Joffe, Esq.
Alvin Entin, Esq.