HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __MESCAL SMITH__ CASE NO: __00-6175-CR-ZLOCH(s)__
AUSA __BERTHA MTIRANI__ *pu* ATTY __STUART ADELSTEIN__ *Michael / Mitter*
*Dis not complete* *00-053 5/11*
*Motion due 11-2*

DEFT __KENYA GREEN__ CASE NO: __00-6202-CR-ROETTGER__
AUSA __JEFFREY KAPLAN__ /*Kay* ATTY __FPD__ *Farnsworth for Hurt*
*discov out - govt ready* *@ 9:30*
*disc not recd*
DEFT __10-30 motions due__ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __10/17/00__ TIME __11:00__

140