UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

MESCAL SMITH,  :

    Defendant.  :
_____

**STATUS REPORT**

A status conference was held in this cause on October 17, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was mailed on the date of the discovery conference.

2. Counsel for the defendant shall have until November 2, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of October, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Stuart Adelstein, Esq.

