UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO.: 00-6175-CR-ZLOCH/SELTZER (s)

UNITED STATES OF AMERICA,

v.

KEN M. RICHARDS,
JUDY MARQUIS,
PEGGY MEJIA,
DAVID HILL,
 a/k/a, "Miguel Ponce,"
ELIZABETH MAXIME,
MESCAL SMITH,
WALTER VERRA,
and
KELSA VIALVA

      Defendants.

_____/

## UNITED STATES' FIRST SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

A.    6.    A copy of the United States Secret Service Forensic Services Division

Comparative Analysis Report has been provided to defense counsel together

with this discovery response.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

cc:    Special Agent Krout
       USSS

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by facsimile

and regular U.S. mail to counsel for the defendants on this 14th day of November, 2000:

*305/443-9716*
Jack R. Blumenfeld, P.A.
2600 Douglas Road
911 Douglas Centre
Coral Gables, Florida 33134

*305/374-3414*
Ana M. Jhones, Esquire
Ana M. Jhones, P.A.
Bayside Plaza; Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

*305/285-0699*
Michael Bloom, Esquire
3225 Aviation Avenue
Miami, Florida 33133

*954/764-2590*
Edward Salantrie, Esquire
633 SE 3rd Avenue
Ste 4F
Fort Lauderdale, Florida 333301

*305/358-1926*
Stuart Adelstein, Esquire
Adelstein & Matters, P.A.
1435 So Miami Ave
Miami, Florida 33130

*954/767-8343*
Alvin E. Entin, Esquire
Entin, Margules & Della Fera, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301

(Regular mail only)
Sandra E. Mullgrav
2699 Stirling Road
Suite B 301
Fort Lauderdale, Florida 33312
*305/446-5856*
David Joffe, Esquire
2900 Bridgeport Avenue
Suite 401
Coconut Grove, Florida 33133

Bertha R. Mitrani
Assistant United States Attorney

3