UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH/SELTZER(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MESCAL SMITH, et al.,

    Defendant(s).
_____/

**MOTION FOR CONTINUANCE**

COMES NOW the Defendant, MESCAL SMITH, by and through his undersigned counsel, and files this his Motion for a Continuance of the trial date in this cause, and as grounds therefore states as follows:

    1. That this case is set for Calendar Call on Friday, December 1, 2000;

    2. That undersigned counsel is set to commence trial on December 4, 2000, before Judge Ursula Ungaro-Benages in the case of U.S.A. vs. Roussly Ellissaint, Case No. 00-485-Cr-Ungaro-Benages;

    3. That as a result of the above, undersigned counsel will be unavailable;

    4. That this motion is made in good faith.

## RULE 88.9 CERTIFICATE

This is to certify that undersigned counsel has spoken to Assistant United States Attorney Bertha Mitrani, regarding the filing of this motion and she stated she has no objection.



WHEREFORE, the Defendant, MESCAL SMITH, respectfully prays this Court enter an Order granting her Motion for a Continuance and continuing the trial in this cause to a future date.

Respectfully submitted,

**Law Offices of Adelstein & Matters, P.A.**
1435 S. Miami Avenue
Miami, FL 33130
(305) 358-9222
(305) 358-1926 Fax

BY: _____
Stuart Adelstein, Esq.
Fla Bar No. 234540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of November, 2000, to Bertha Mitrani, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL  33301, and Alvin Entin, Esq., 200 E. Broward Blvd., Ste. 1210, Ft. Lauderdale, FL  33301.

_____
Stuart Adelstein, Esq.