UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
DEC 01 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-CR-Zloch    DATE 12-1-00
CLERK Certline Huxley    REPORTER Carl Schauziel
PROBATION    INTERPRETER

UNITED STATES OF AMERICA V. Ken Richards, et al

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Arthur Wallace
    Ana Jhones & Stuart Adelstean

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's Richard, Maxine & Smith's Motns to Continue - Court grants deft Maxine & Smith's Motns to Continue - all time excludable

JUDGMENT

CASE CONTINUED TO       TIME       FOR

MISC

183