```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6175-CR-ZLOCH
```



FILED by _____ D.C.

DEC 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                              **ORDER GRANTING CONTINUANCE**
                                   **AND RESETTING TRIAL**

KEN M. RICHARDS,
ELIZABETH MAXIME, MESCAL
SMITH, et al.,

     Defendants.
_____/

     THIS MATTER is before the Court for Calendar Call on December 1, 2000, and upon the Defendant, Ken Richards', Motion To Continue Trial bearing certificate of service dated November 28, 2000, the Defendant, Elizabeth Maxime's, Motion For Trial Continuance bearing certificate of service dated November 27, 2000, and upon the Defendant, Mescal Smith's Motion For Continuance bearing certificate of service dated November 22, 2000, based upon the need of counsel for said Defendants for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motions and being otherwise fully advised in the premises, it is



**ORDERED AND ADJUDGED** that the Defendant, Ken Richards', Motion To Continue Trial, the Defendant, Elizabeth Maxime's, Motion For Trial Continuance, and the Defendant, Mescal Smith's Motion For Continuance be and the same are hereby **GRANTED**. The Court finds that the ends of justice served by granting these continuances outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of December 4, 2000 and is hereby reset for the trial calendar commencing on Tuesday, February 13, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, February 9, 2001, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of these continuances, November 22, 2000, through and including February 13, 2001, the date set for trial, or the date the trial

commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _4th_ day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Bertha R. Mitrani, Esq., AUSA
For Plaintiff

Arthur L. Wallace, III, Esq.
For Defendant, Ken Richards

Ana M. Jhones, Esq.
For Defendant, Elizabeth Maxime

Stuart Adelstein, Esq.
For Defendant, Mescal Smith