UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH


FILED by _____ D.C.
DEC 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

v.                                    NOTICE

KEN RICHARDS,
ELIZABETH MAXINE
MESCAL SMITH

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          February 8, 2001, at 9:00 AM

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: December 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Arthur Wallace, Esq.
Ana Jhones, Esq.
Mescal Smith, Esq.

