UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                    NOTICE

MESCAL SMITH

---

TYPE OF CASE              CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        January 11, 2000 at 11:30 AM

---

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: December 15, 2000

cc:
Bertha Mitrani, Esq., AUSA
Stuart Adelstein, Esq.

