UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH

FILED by _____ D.C.
JAN 10 2001

UNITED STATES OF AMERICA

    V.                      NOTICE

MESCAL SMITH

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        January 24. 2000 at 10:15 AM

**CHANGE OF PLEA RESET AT REQUEST OF DEFENSE COUNSEL  - COUNSEL
PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: January 10, 2001

cc:
Bertha Mitrani, Esq., AUSA
Stuart Adelstein, Esq.