UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
JAN 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-CR-Z/00  DATE 1-24-01
CLERK Carline Newby   REPORTER Carl Schanzlel
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Mescal Smith

U.S. ATTORNEY Boetha M. Escani   DEFT COUNSEL Stuart Adelstein

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1 of Superseding Indictment

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1 of Superseding Indictment

CASE CONTINUED TO 4-6-01  TIME 9:30  FOR Sentencing

MISC W/R.Krem Plea Agreement

215