UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,                    CASE NO. 00-6175-CR-ZLOCH

    Plaintiff,

vs.

MESCAL SMITH,

    Defendant.
_____/

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, MESCAL SMITH, by and through undersigned counsel and respectfully requests this Honorable Court to continue the imposition of sentence which is presently scheduled for Friday, April 6, 2001, at 9:30 a.m., and as grounds therefore states the following:

1. That undersigned counsel has just been advised that he needs surgery and is presently scheduled to undergo same on Monday, April 2, 2001;

2. That as a result of this surgery, undersigned counsel will be unavailable for the imposition of sentencing which is presently scheduled for Friday, April 6, 2001;

3. That undersigned counsel attempted to contact Assistant U.S. Attorney Bertha Mitrani, regarding this motion but has not been successful in obtaining her position in same.

4. That this motion is made in good faith and not for dilatory reasons.

WHEREFORE, the Defendant, MESCAL SMITH, respectfully requests this

254

Honorable Court to continue the sentencing in this cause for at least 2 weeks.

Respectfully submitted,

**Law Offices of Adelstein & Matters, P.A.**
1435 S. Miami Avenue
Miami, FL 33130
(305) 358-9222
(305) 358-1926 Fax

BY: _____
STUART ADELSTEIN, ESQ.
FLA BAR NO. 234540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of March, 2001, to Bertha Mitrani, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394-3002, and to Frances Weisberg, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1168.

_____
STUART ADELSTEIN, ESQ.