UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    v.

MESCAL SMITH

    Defendant

ORDER

THIS MATTER is before the Court upon Defendant's Motion To Continue Sentencing (filed March 30, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. Sentencing of the defendant MESCAL SMITH is hereby reset to April 23, 2001 at 2:00 PM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _2nd_ day of April, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Stuart Adelstein, Esq.
Probation