UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 23 2001

CASE NUMBER CC-6175-CR-Zloch  DATE 4-23-01
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION Frances Weisberg   INTERPRETER

UNITED STATES OF AMERICA v. Mescal Smith

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Stuart Adelstein

DEFENDANT: (PRESENT)  NOT PRESENT   (ON BOND)  IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 1 - 5 yrs Reporting Probation - $23,669.28 Joint & Several Restitution - $100 assessment - Spec Cnds - Participate in

JUDGMENT  Home Confinement Program for 180 days - Maintain Full-Time employment - Provide Financial disclosure - Stuart Adelstein

CASE CONTINUED TO ____  TIME ____  FOR ____
MISC  appointed for appeal -