USDC FLSD 245B (Rev. 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED by _____ D.C.
APR 24 2001

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| MESCAL SMITH | Case Number: **00-6175-CR-ZLOCH** |
| | Counsel For Defendant: **STUART ADELSEIN, ESQ.** |
| | Counsel For The United States: **BERTHA MITRANI, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

**THE DEFENDANT:**
[X] pleaded guilty to count one.

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:371 conspiracy to commit offenses against the United States namely, bank fraud and making, uttering and possessing counterfeited securities of an organization | | 12/99 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Counts remaining are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

ALL PENDING MOTIONS NOT OTHERWISE DISPOSED OF HEREIN ARE DENIED AS MOOT.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **12/17/58**
Defendant's USM Number: **619928-004**

Defendant's Residence Address:
9334 BROADMANOR ROAD
MIAMI, FL 33147

Defendant's Mailing Address:
9334 BROADMANOR ROAD
MIAMI, FL 33147

4/23/01
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 4/24/01

264

No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Robert Broadus, SDUSM
Ed Muñoz