PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65616

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6175-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: SMITH, MESCAL

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief U. S. District Court Judge, Fort Lauderdale, FL

Date of Original Sentence: April 23, 2001

Original Offense: Conspiracy to Make Utter and Posses Counterfeited Securities, in violation of Title 18, U.S.C., Section 371. A Class D felony.

Original Sentence: Five (5) years probation with special conditions; 1)that the defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 180 days, 2) Full-time legitimate employment and may not be unemployed for a term of more than (30) days unless excused by the probation officer, and 3)full financial disclosure. Restitution of $23,669.29 and special assessment fee of $100.

Type of Supervision: Probation          Date Supervision Commenced: April 23, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 90 days. During this time the defendant shall remain at her place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at her place of residence without "call forwarding", call waiting", a modem, "caller ID", or "callback/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. In addition, the defendant shall pay the costs of electronic monitoring at the rate of $3.49 per day, based on ability to pay as determined by the United States Probation Officer.**

PROB 12B  
(SD/FL 9/96)                                                                                    SD/FL PACTS No. 65616

Name of Offender: SMITH, Mescal                                      CASE NO: 00-6175-CR-ZLOCH

# CAUSE

1.  **Violation of Mandatory Condition,** by failing to satisfy the Court ordered restitution. On or about April 23, 2002, restitution in the amount of $23,669.29 was ordered by the Court to be paid at the direction of the U. S. Probation Officer. On January 7, 2002, the probationer executed Financial Obligation Agreement to begin making monthly payments of $200.00 per month and to date has failed to comply with the agreement as she is currently three months in arrears in the amount of $800.

2.  **Violation of Standard Condition,** by failing to submit a truthful and complete monthly written report. The probationer's September, 2002, Monthly Supervision Report contained false information regarding a $150 payment of restitution, when in fact evidence from her payment history and statements of probationer indicate this to be false.

    While conducting a review of the probationer's payment history of restitution on or about November 7, 2002, the probation officer discovered that the probationer was three months in the arrears. Ms. Smith was subsequently contacted by the probation officer and instructed to report to the probation office. She reported to the probation office on November 20, 2002 for a meeting with the probation officer and the Supervising U. S. Probation Officer. During the meeting she was questioned about her non-compliance with the restitution payment agreement. At that time, she admitted to being in the arrears of $800 and additionally to the fact she had submitted falsified documentation in regards to a $150 payment made in September 2002. Ms. Smith was verbally reprimanded by the probation officer for her behavior and thinking process. She then agreed to the sanction of participation in the Home Detention Electronic Monitoring Program for a period of (90) days and signed the Probation 49 form (Waiver of Hearing) document. Furthermore, she was advised that any other violations of her conditions of supervision would lead to a recommendation for more punitive sanctions.

PROB 12B                                                                 SD/FL PACTS No. 65616
(SD/FL 9/96)

Name of Offender: SMITH, Mescal                          CASE NO: 00-6175-CR-ZLOCH

If Your Honor has any further questions or concerns, the probation officer may be contaced at the telephone number referenced below.

Respectfully submitted,

by   *[signature]*
John Steinhilber
U.S. Probation Officer
Phone: (305)808-6410
Date: December 5, 2002

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

12/12/02
Date: